# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-4091
_____

| | | |
|---|---|---|
| Roy Duane Reha, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Southern District of Iowa. |
| Des Moines City Council, Sued as: | * | [UNPUBLISHED] |
| All City Council of Des Moines, IA, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted:  March 19, 2002

Filed:  March 24, 2003
_____

Before BOWMAN, WOLLMAN, and LOKEN, Circuit Judges.
_____

PER CURIAM.

Roy Reha, an Iowa citizen, appeals the district court's[1] dismissal of his civil action for lack of jurisdiction.  After careful de novo review, see Bueford v. Resolution Trust Corp., 991 F.2d 481, 484 (8th Cir. 1993), we conclude that the action was properly dismissed for lack of federal subject matter jurisdiction. Accordingly, the judgment is affirmed.  See 8th Cir. R. 47A(a).

_____

[1]The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.

A true copy.

Attest:

   CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.